Hearing Date and Time: April 27, 2012, 10 a.m.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:

PAUL F. WALLACE, et al.,

                              Debtors.

Chapter 11

Case No. 10-22998 (RDD)
Jointly Administered

------------------------------------------------------------x
PAUL F. WALLACE, MOA-CODY, L.L.C.,
MOA HOSPITALITY, and MARTINDALE
CORP.

                              Plaintiffs,

                      - against -

BSC PROPERTIES, INC., CCJ HOLDING
CORP., CLEAR SKY ASSOCIATES LLC,
FRANK W. CUIFFO, PRESTON ASSOCIATES
LLC, RONALD P. STEWART and RS
HOSPITALITY LLC,

                              Defendants.

Adversary Proceeding
No. 10-08381 (RDD)

------------------------------------------------------------x

## NOTICE OF MOTION TO DISMISS

     PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law and appendices thereto, Declaration of Frank W. Cuiffo dated March 16, 2012, and exhibits thereto, and all pleadings and proceedings heretofore had before this Court, Defendants BSC Properties, Inc., CCJ Holding Corp., Clear Sky Associates LLC, Frank W. Cuiffo, Preston Associates LLC, Ronald P. Stewart, and RS Hospitality LLC, by their undersigned counsel, will move before the Honorable Robert D. Drain of the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601, on April 27, 2012, at 10:00

A.M., for an order dismissing the Second Amended Complaint in the above-captioned adversary proceeding, with prejudice, pursuant to Federal Rule of Civil Procedure 12, as incorporated in the Federal Rule of Bankruptcy Procedure 7012.

Dated: March 16, 2012

                                Respectfully submitted,

                                VENABLE LLP

                    By:  /s/ David N. Cinotti
                          Lawrence H. Cooke II
                          (lhcooke@venable.com)
                          Edward A. Smith (easmith@venable.com)
                          David N. Cinotti (dncinotti@venable.com)
                          Rishi Kapoor (rkapoor@venable.com)
                          Rockefeller Center
                          1270 Avenue of the Americas, 24th Floor
                          New York, New York 10020
                          Telephone: (212) 307-5500
                          Facsimile: (212) 307-5598

                          *Counsel for Defendants*